**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

T'MEKA LINDELL THORPE and
HENRY ROSS CONSULTING d/b/a PATHS2FRDM
**Plaintiffs**

v.

CALEB ARMONN HOLT, Individually and
CALEB ARMONN HOLT LLC
**Defendants**

United States Courts
Southern District of Texas
FILED

DEC 0 3 2025

Nathan Ochsner, Clerk of Court

CIVIL ACTION NO. _____

**PLAINTIFFS' ORIGINAL COMPLAINT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs T'Meka Lindell Thorpe and Henry Ross Consulting d/b/a PATHS2FRDM file this Original Complaint against Defendants Caleb Armonn Holt and Caleb Armonn Holt LLC, and respectfully allege as follows:

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) as the matter in controversy exceeds $75,000 and is between citizens of different states.

2. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in this District and Plaintiffs reside and do business within the Southern District of Texas.

## II. PARTIES

3. Plaintiff T'Meka Lindell Thorpe is an individual residing in Texas and doing business through Henry Ross Consulting d/b/a PATHS2FRDM.

4. Plaintiff Henry Ross Consulting is a business entity operating under the laws of Texas.

5. Plaintiff PATHS2FRDM is a public-facing brand and intellectual property platform developed and owned by T'Meka Thorpe, offering educational, legal empowerment, and creative work to a national audience.

6. Defendant Caleb Armonn Holt is an individual residing in a state other than Texas and may be served with process at his known residence or business address.

7. Defendant Caleb Armonn Holt LLC is a limited liability company organized under the laws of a state other than Texas and may be served through its registered agent or owner, Caleb Armonn Holt.

## III. FACTUAL BACKGROUND

8. From approximately 2022 to early 2025, Defendant Caleb Holt worked in collaboration with PATHS2FRDM, with limited, revocable permission to monetize educational content derived from Plaintiff's live classes.

9. Defendant was permitted to create and sell eBooks referencing or inspired by PATHS2FRDM content. During this period, Defendant earned over $400,000 in revenue from products directly tied to Plaintiff's teachings, platform, and brand credibility.

10. Without cause or justification, Defendant subsequently launched a public defamation campaign targeting T'Meka Thorpe and PATHS2FRDM through video broadcasts and social media posts beginning on or around February 4, 2025.

11. Defendant accused Plaintiff of criminal activity, including "scamming," "forgery," and "fraud," and publicly encouraged followers to report her to law enforcement and consumer agencies.

12. On or about February 9, 2025, Defendant publicly broadcast Plaintiff's private personal phone number to over 20,000 viewers via social media, resulting in a wave of harassing and threatening calls and voicemails from unknown third parties.

13. Plaintiffs have preserved audio recordings of these voicemails, including the first received on February 10, 2025, at approximately 2:15 AM, evidencing the psychological and emotional toll caused by Defendant's doxxing.

14. Defendant's conduct has severely harmed Plaintiffs' reputation, brand trust, emotional wellbeing, and financial standing.

## IV. CAUSES OF ACTION

### COUNT I – DEFAMATION (Libel and Slander)

15. Defendants published false and harmful statements accusing Plaintiffs of criminal conduct and unethical business practices.

16. These statements were knowingly false or made with reckless disregard for the truth.

17. Plaintiffs suffered reputational damage, emotional distress, and economic loss as a direct result.

### COUNT II – INVASION OF PRIVACY / DOXXING

18. Defendants publicly disclosed Plaintiff's private phone number to a mass audience.

19. This disclosure was intentional and malicious, resulting in unwanted, threatening contact and harassment.

20. Plaintiffs suffered personal distress, fear for safety, and disruption of daily life.

## COUNT III – BUSINESS DISPARAGEMENT

21. Defendants made false statements about PATHS2FRDM's services and reputation to dissuade followers and clients.

22. These statements caused measurable economic harm to Plaintiffs' business interests.

## COUNT IV – CONVERSION

23. Defendants retained proceeds from the sale of content derived from Plaintiffs' materials after violating the terms and trust of the relationship.

24. Said proceeds were acquired under false pretenses and wrongfully withheld.

## COUNT V – UNJUST ENRICHMENT

25. Defendants were unjustly enriched through the unauthorized use of Plaintiffs' name, likeness, teachings, and brand equity.

26. Equity demands restitution.

## COUNT VI – BREACH OF FIDUCIARY-LIKE DUTY

27. Defendants occupied a position of trust and professional collaboration.

28. Their conduct breached that trust and undermined Plaintiffs' standing and operations.

COUNT VII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

29. Defendants' conduct was extreme, outrageous, and intended to cause — or recklessly disregarded the risk of causing — severe emotional distress.

30. Plaintiffs suffered physical and emotional consequences as a result.

## COUNT VIII – INJUNCTIVE RELIEF

31. Plaintiffs seek a permanent injunction prohibiting Defendants from:
- Publishing further private information
- Making false public statements
- Using PATHS2FRDM content or likeness in any capacity past and present

## DEMAND FOR JURY TRIAL
Plaintiff hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request this Court enter judgment against Defendants as follows:

1. Award compensatory damages in an amount of $400,000 or such amount Court deems just and proper

2. Award Punitive damages for Defendants willful, malicious misconduct in an amount to be determined by the Court

3. A permanent injunction as described above

4. Pre- and post-judgment interest as permitted by law

5. Attorneys' fees and court costs (if applicable)

6. Any other relief the Court deems just and proper

Respectfully submitted,

X By: _Theka Thorpe_

TMeka Thorpe

Henry Ross Consulting d/b/a PATHS2FRDM
Pro Se Plaintiff
Date: 11-3-2025

515 n SAm Houston PKwy E   unit 366
Houston TX 77060
346-568 6439

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
T'MEKA LINDELL THORPE and HENRY ROSS CONSULTING d/b/a PATHS2FRDM

## DEFENDANTS
CALEB ARMONN HOLT, Individually and CALEB ARMONN HOLT LLC

**(b)** County of Residence of First Listed Plaintiff   HARRIS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   ADAMS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
515 N Sam Houston Pkwy E, Unit 366, Houston, TX 77060
346-568-6439

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|                                          | PTF | DEF |                                                           | PTF | DEF |
|------------------------------------------|-----|-----|-----------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State                 | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                            | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Matters
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S. Code § 1332 – Diversity of Citizenship

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 400,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____